IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-178-GCM

| | |
|---|---|
| DAIMLER TRUCKS NORTH AMERICA, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br>INTERNATIONAL UNION, UAW and UAW Local 5285,<br>　　　　　　Defendants. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Stephen A. Yokich** to appear *Pro Hac Vice*, dated May 19, 2011 [doc. # 10].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Yokich has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 26, 2011

Graham C. Mullen
United States District Judge