# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No. 3:11-cv-178

| | |
|---|---|
| DAIMLER TRUCKS NORTH AMERICA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION, UNITED ) <br> AUTOMOBILE, AEROSPACE AND ) <br> AGRICULTURAL IMPLEMENT ) <br> WORKERS OF AMERICA, UAW and ) <br> UAW LOCAL 5285, ) <br> ) <br> Defendants. ) <br> ) | CONSENT FINAL JUDGMENT |

As the result of actions taken after the institution of this action, the parties to this action have consented to and have requested entry of final judgment on the terms as set forth below. Therefore, pursuant to the request and consent of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The December 23, 2010 Arbitration Award (as that award is defined in the Complaint in this action) constitutes the final determination of the remedy contemplated by Arbitrator Moberly's January 21, 2010 Initial Award and is a final and binding arbitration award;

2. Defendants are precluded from asserting any claims for vacation/sick pay or accrual in connection with the payments processed and paid to the employees pursuant to the December 23, 2010 Arbitration Award; and

3. The parties will each bear their own costs, including attorneys' fees, in connection with this action.

This the 15th day of June, 2011.

*Graham C. Mullen*
Graham C. Mullen
United States District Judge

WE CONSENT:

DAIMLER TRUCKS NORTH AMERICA, LLC

By: *William L. Rikard*
Its Attorney

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW

By: *Nyron A. Yekini*
Its Attorney

UAW LOCAL 5285

By: *Nyron A. Yekini*
Its Attorney